Circuit. Certiorari granted. *Solicitor General Perlman* and *Benedict P. Cottone* for petitioner. *Ben S. Fisher, John P. Southmayd* and *Walter M. Bastian* for respondent.

*Certiorari Denied.* (*See also No. 649 and No. 443, Misc., supra.*)

No. 490. EDWARD P. STAHEL & CO., INC. ET AL. *v.* UNITED STATES; and

No. 623. UNITED STATES *v.* EDWARD P. STAHEL & CO., INC. ET AL. Court of Claims. Certiorari denied. *William A. Roberts* and *Irene Kennedy* for petitioners in No. 490 and respondents in No. 623. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States, respondent in No. 490; and *Solicitor General Perlman* for the United States, petitioner in No. 623.

No. 576. STINSON CANNING CO. ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Huger Sinkler* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Harold D. Cohen* for the United States.

No. 577. MCEVOY COMPANY *v.* KELLEY ET AL., DOING BUSINESS AS BEN F. KELLEY CO. C. A. 5th Cir. Certiorari denied. *Ben Connally* for petitioner.

No. 586. MARSHALL *v.* STATE BAR OF CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Edward D. Lyman* for respondent.